**Order filed, March 8, 2018.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00133-CV**

———————

**AMEC FOSTER WHEELER USA CORP., F/K/A FOSTER WHEELER USA CORPORATION; AMEC FOSTER WHEELER PLC, Appellant**

**V.**

**ENTERPRISE PRODUCTS OPERATING LLC, Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-59155**

## ORDER

The reporter's record in this case was due February 26, 2018 . *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Mary Ann Rodriguez, the court reporter, to file the record in this appeal **within 20 days** of the date of this order.

PER CURIAM